Robert ROTHER, Appellant,

v.

STATE of Missouri, Respondent.

WD 77836

Missouri Court of Appeals,
Western District.

ORDER FILED: July 28, 2015

Jeannette Wolpink, Kansas City, MO, Counsel for Appellant.

Rachel Flaster, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Thomas H. Newton, P.J., Victor C. Howard, and Mark D. Pfeiffer, JJ.

## ORDER

Per Curiam:

Mr. Robert A. Rother appeals from a judgment denying his post-conviction relief motion under Rule 24.035 without an evidentiary hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).